**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**HANNA KASTOUN**                                                          **PETITIONER**

**VERSUS**                                          **Cause No. 5:26-cv-259-DCB-RPM**

**RAFAEAL VERGARA**                                                      **RESPONDENT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Myers's Report and Recommendation ("Report") [ECF No. 7], which recommends that Petitioner Hanna Kastoun ("Petitioner")'s 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed without prejudice as moot and that Respondent's Motion to Dismiss for Mootness [ECF No. 5] be granted. The basis for this recommendation is that Petitioner was removed from the United States April 25, 2026. On June 5, 2026, Judge Myers issued this Report and objections were due by June 22, 2026. No party objected to the Report and the time to do so has now passed.

### I.   DISCUSSION

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the

"clearly erroneous, abuse of discretion, and contrary to law" standard of review to the Report. <u>United States v. Wilson,</u> 864 F.2d 1219, 1221 (5th Cir. 1989).

## II.   CONCLUSION

The Court, having considered Petitioner's Petition [ECF No. 1], Respondent's Motion to Dismiss for Mootness [ECF No. 5], the record, relevant law, and Magistrate Judge Myers's Report [ECF No. 7], finds that Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice as moot and Respondent's Motion to Dismiss for Mootness [ECF No. 5] is granted. Therefore, the Court adopts Judge Myers's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Myers's recommendation. The Report [ECF No. 7] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 8 day of July, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE

2